UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KIMBERLEY BEAR, </br>*Plaintiff*, </br></br>v. </br></br>EXPERIAN INFORMATION SOLUTIONS, INC., </br>CHASE BANK USA, N.A., </br>and CITIBANK OF NORTH AMERICA, INC. d/b/a </br>SEARS/CBNA </br>*Defendants*. | ) </br>) </br>) </br>) </br>) Cause No.   1:16-cv-02118-TWP-DKL </br>) </br>) </br>) </br>) </br>) </br>) |

## ORDER DISMISSING DEFENDANT CITIBANK OF NORTH AMERICA, INC., d/b/a SEARS/CBNA, WITH PREJUDICE

Plaintiff Kimberley Bear, by counsel and pursuant to Fed. R. Civ. P. 41(a)(2), has moved this court to dismiss Defendant Citibank of North America, Inc., d/b/a Sears/CBNA ("Citibank") from this cause of action. The Court, being duly informed and finding said Motion made for good cause, now GRANTS said Motion.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED by this Court that Plaintiff's claims against Defendant Citibank of North America, Inc., d/b/a Sears/CBNA are dismissed, with prejudice, each party to bear its own costs and fees, and this cause is now concluded and dismissed in its entirety.

Date: 12/14/2016

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Distribution to:**

*All electronically registered counsel of record via CM/ECF.*